[No. 38252-1-II.   Division Two.   December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. D.B., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-8-00173-2, Scott Neilson, J. Pro Tem., entered June 20, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 38263-6-II.   Division Two.   December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA LYNN WEYRAUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00645-6, Nelson E. Hunt, J., entered September 3, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38453-1-II.   Division Two.   December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY M. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00203-9, Toni A. Sheldon, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38484-1-II.   Division Two.   December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROBERT RUTHERFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00313-2, Robert A. Lewis, J., entered October 23, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Bridgewater, J.